# UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA; et seq.<br>Plaintiff (Petitioner)<br><br>V.<br><br>JANICE E. HARPEL A/K/A JANCIE E. MILLER; et al.<br>Defendant (Respondent) | CASE and/or DOCKET No.: 18-02263<br><br>Sheriff's Sale Date: _____ |

## AFFIDAVIT OF SERVICE

**TYPE OF PROCESS: SUMMONS & COMPLAINT**

I, KENDRA DAY, certify that I am eighteen years of age or older and that I am not a party to the action nor an employee nor relative of a party, and that I served JANICE E. HARPEL A/K/A JANCIE E. MILLER the above process on the 17 day of July, 2018, at 3:55 o'clock, PM, at 1018 RHOADS AVE. GILBERTSVILLE, PA 19525, County of Montgomery, Commonwealth of Pennsylvania:

**Manner of Service:**

☑ By handing a copy to the Defendant(s)

Description: Approximate Age 51-55  Height 5'6"  Weight 185  Race WHITE  Sex FEMALE  Hair BROWN
Military Status: ☑ No  ☐ Yes  Branch: _____

Commonwealth/State of _Pa_ ) SS:
County of _Berks_ )

Before me, the undersigned notary public, this day, personally, appeared __Kendra Day__ to me known, who being duly sworn according to law, deposes the following:

I hereby swear or affirm that the facts set forth in the foregoing Affidavit of Service are true and correct.

_____
(Signature of Affiant)
File Number: USA-182026
Case ID #:5245425

Subscribed and sworn to before me
this _20_ day of _July_ 20_18_

_____
COMMONWEALTH OF PENNSYLVANIA Notary Public
NOTARIAL SEAL
Eric M. Afflerbach, Notary Public
Washington Twp, Berks County
My commission expires November 18, 2021